

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-10-2005

# Baer v. Chase

Precedential or Non-Precedential: Precedential

Docket No. 04-1655

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Baer v. Chase" (2005). *2005 Decisions.* Paper 1540.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1540

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-1655

———

ROBERT V. BAER,

Appellant

v.

DAVID CHASE; CHASE FILMS INC.,
A Delaware Corporation; JOHN DOES A-Z

———

On Appeal from the United States District Court
for the New Jersey
(D.C. Civ. No. 02-02334)
District Judge: Honorable Joel A. Pisano

———

O R D E R

———

At the direction of the Court, it is hereby O R D E R E D that the following amendments are made to the Court's opinion entered on December 21, 2004:

On page 9 the dash or line which appears before subheading "1" is deleted; and,

The citation to German v. Pope John Paul, 621 N.Y.S. 311 (N.Y. App. Div. 1995) which appears in the second line of footnote 4 on page 18 is corrected to read:  German v. Pope John Paul, 621 N.Y.S.2d 311 (N.Y. App. Div. 1995).

For the Court,


/s/ Marcia M. Waldron
Clerk

Dated: January 10, 2005